UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KAZI DANIEL JONES, | No. C 14-0281 LB |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | [Re: ECF Nos. 1] |
| MR. BROWN; et al., | |
| Defendants. | |

Plaintiff, an inmate at the California Men's Colony in San Luis Obispo, filed this *pro se* civil action, complaining of events and omissions that occurred at Wasco State Prison. The prison is located in Kern County, within the venue of the Eastern District of California. The named defendants all work at that prison and apparently reside within the venue of the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

**IT IS SO ORDERED.**

Dated: January 23, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 14-0281 LB
ORDER